UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00256-FMO                              Date: 04/15/2025

Present: The Honorable: Jean P. Rosenbluth, United States Magistrate Judge

Interpreter N/A                                          Language N/A

| Bea Martinez | CS 04/15/2025 | Mikaela Gilbert-Lurie |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond        Attorneys for Defendants:  ✓ Present  DFPD

Chantelle Lavergne Woods                                  Charles James Snyder

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel   Initial Appearance

\* Court does not question defendant as to true name.
\* Defendant is arraigned under name on charging document.
\* Defendant acknowledges having read the charging document and discussed it with counsel.
\* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
\* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with her attorney, and if so whether the defendant has formally waived that right.
\* Defendant signs waiver of indictment in court.
\* Waiver of Indictment is submitted, accepted by the Court, and filed.
\* This case is assigned to Judge Fernando M. Olguin.
\* Counsel are ordered to contact Judge Olguin's CRD Vanessa Figueroa at (213) 894-0215 regarding the setting of dates for the guilty plea and all further proceedings. Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA     PSAED     PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
     USMLA     USMED     USMSA                              Arraignment: 00 : 03
     Statistics Clerk    Interpreter
     CJA Supervising Attorney   Fiscal       Initials of Deputy Clerk: BM by TRB